| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Mary Riehs | Telephone: (313) 806-4657 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.
Alside BETANCOURTH-BETANCOURTH
a/k/a Edas Carrasco-Banegas

Case No.

Case: 2:23-mj-30369
Assigned To : Unassigned
Assign. Date : 9/8/2023
Description: RE: ALSIDE
BETANCOURTH–BETANCOURTH
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 6, 2023__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about September 6, 2023, in the Eastern District of Michigan, Southern Division, Alside BETANCOURTH-BETANCOURTH, an alien from Honduras was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 10, 2019, at or near Brownsville, TX, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Mary Riehs, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __September 8, 2023__

_Judge's signature_

City and state: __Detroit, Michigan__

David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Mary Riehs declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since July 2020. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records and system automated data relating to Alside Noel BETANCOURTH-BETANCOURTH; a/k/a Edas Moises Carrasco-Banegas, which reveal the following:

2. BETANCOURTH-BETANCOURTH is a thirty-nine-year-old citizen and native of Honduras, who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On or about November 6, 2005, Border Patrol arrested BETANCOURTH-BETANCOURTH in Sarita, TX and served him I-860 Notice and Order of Expedited Removal.

4. On or about November 21, 2005, Border Patrol removed BETANCOURTH-BETANCOURTH from the United States to Honduras through Laredo, TX.

5. On or about January 13, 2010, Border Patrol arrested BETANCOURTH-BETANCOURTH in Columbus, MI and served him I-871 Notice of Intent/Decision to Reinstate Prior Order.

6. On or about January 29, 2010, ICE removed BETANCOURTH-BETANCOURTH from the United States to Honduras through Alexandria, LA.

7. On or about July 7, 2016, ICE arrested BETANCOURTH-BETANCOURTH in Pontiac, MI and served him I-871 Notice of Intent/Decision to Reinstate Prior Order.

8. On or about August 19, 2016, ICE removed BETANCOURTH-BETANCOURTH from the United States to Honduras through Alexandria, LA.

1

9. On or about June 27, 2019, Border Patrol arrested BETANCOURTH-BETANCOURTH in Brownsville, Texas and served him I-871 Notice of Intent/Decision to Reinstate Prior Order.

10. On or about June 28, 2019, the U.S. District Court Southern District of Texas Brownsville Division convicted BETANCOURTH-BETANCOURTH for the offense of Illegal Entry, in violation of Title 8 U.S.C. 1325(a)(1) and sentenced him to 1 year probation.

11. On or about July 10, 2019, ICE removed BETANCOURTH-BETANCOURTH from the United States to Honduras through Harlingen, TX.

12. On or about August 25, 2023, the Oakland County Sheriff's Office arrested BETANCOURTH-BETANCOURTH for the offense of Driving Under the Influence and Damage to Property. Case is pending at the 50th District Court.

13. On or about September 5, 2023, the Oakland County Sheriff's Office arrested BETANCOURTH-BETANCOURTH for the offense of Driving Under the Influence. Case is pending at the 50th District Court.

14. On or about September 6, 2023, ICE Duty Officer received a duty call from the Oakland County Jail regarding the arrest of BETANCOURTH-BETANCOURTH by the Oakland County Sheriff's Office for Driving Under the Influence. On this same day, ICE arrested BETANCOURTH-BETANCOURTH at the Oakland County Jail in Pontiac, MI and served him Form I-871 Notice of Intent/Decision to Reinstate Prior Order. Fingerprint checks confirmed a positive match for Alside BETANCOURTH-BETANCOURTH, DOB: XX/XX/1986, AXXX XXX 859, a previously removed alien.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

16. A review of immigration records (A #XXX XXX 859) for BETANCOURTH-BETANCOURTH and queries in U.S. Department of Homeland Security databases reveal that no record exists of BETANCOURTH-BETANCOURTH obtaining

2

permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about July 10, 2019.

17. Based on the above information, there is probable cause to believe that, on or about September 6, 2023, in the Eastern District of Michigan, Southern Division, BETANCOURTH-BETANCOURTH, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 10, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; all in violation of Title 8, United States Code, Section 1326(a).

_____
Mary Riehs
Deportation Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
David R. Grand
United States Magistrate Judge

September 8, 2023