UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALSIDE BETANCOURTH-BETANCOURTH, *also known as* Edas Carrasco-Banegas,<br><br>Defendant. | 2:23-MJ-30369<br><br>**NOTICE TO APPEAR AND ORDER EXTENDING STAY OF MAGISTRATE JUDGE'S ORDER OF RELEASE** |

A hearing has been scheduled before District Judge Terrence G. Berg as follows:

**APPEAL OF DETENTION HEARING: September 15, 2023 at 9:00 a.m.**

Further, the stay of release entered by Magistrate Judge Patti on September 13, 2023, previously set to expire on September 14, 2023 at 4:30 p.m., is EXTENDED until the completion of proceedings before this Court.

               BY THE COURT:

               /s/Terrence G. Berg
               TERRENCE G. BERG
               UNITED STATES DISTRICT JUDGE

Dated: September 14, 2023